IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VENTURE CATALYST INCORPORATED : | |
| : | |
| v.                                    : | CIVIL ACTION NO.:  01-cv-2155 |
| : | |
| JAMES A. TARANGELO       : | |

**ORDER**

**AND NOW,** this 30th day of September, 2004, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[]    -    Order staying these proceedings pending disposition of a related action.

[]    -    Order staying these proceedings pending determination of arbitration proceedings.

[]    -    Interlocutory appeal filed.

[]    -    Other:_Suggestion of Bankruptcy (Bankruptcy Court for the Eastern District of PA No.: 03-14806

it is **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
R. Barclay Surrick , Judge

Civ. 13 (8/80)