5TB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VENTURE CATALYST INCORPORATED:
:
v. : CIVIL ACTION NO. 01-2155
:
JAMES A. TARANGELO :

**FILED**
OCT 2 6 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 26th day of October, 2009, it is ORDERED that counsel submit a written report regarding the status of the above-captioned case within fifteen days of the date of this Order. Failure to notify the Court of the status of this case will result in the dismissal of this action.

IT IS SO ORDERED.

BY THE COURT:

R. Barclay Surrick, Judge

Faxed to J. Willis
G. Loben
H. Dixon
J. Piscitella
10/26/09