RBS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VENTURE CATALYST INCORPORATED :
:
v. : CIVIL ACTION NO. 01-2155
:
JAMES A. TARANGELO :

**ORDER**

AND NOW, this 25th day of November 2009, at the request of counsel, it is ORDERED that the Clerk of the Court remove the referenced action from civil suspense and mark this matter CLOSED.

BY THE COURT:

R. Barclay Surrick, Judge